Eric MELOY, Plaintiff-Appellant,

v.

Shawn CHETTO; Matthew Beech; John Does, Individually and as employees of the Akron Police Department; James Nice, Individually and as Chief of Police; City of Akron, Defendants-Appellees.

No. 17-3414

United States Court of Appeals, Sixth Circuit.

Filed January 17, 2018

Sean Colin Buchanan, Slater & Zurz, Akron, OH, for Plaintiff-Appellant

J. Christopher Reece, Michael J. Defibaugh, City of Akron, Department of Law, Akron, OH, for Defendants-Appellees

BEFORE: GUY, GIBBONS, and COOK, Circuit Judges.

PER CURIAM.

Eric Meloy's appeal challenges the district court's grant of summary judgment with respect to his claim that Officer Chetto used excessive force against him in violation of 42 U.S.C. § 1983. After review of the record, the applicable law, and the arguments presented on appeal, we are convinced that the district court correctly set out the facts and governing law and did

not err in concluding that qualified immunity barred this claim. Concluding that the issuance of a detailed opinion would be duplicative, we AFFIRM for the reasons stated in the district court's Opinion and Order entered on April 18, 2017. *See Meloy v. Akron Police Dep't*, No. 5:15-CV-01123, 2017 WL 1387170 (N.D. Ohio Apr. 18, 2017).